■ Gregory Miller, Respondent, v Webb of Buffalo, LLC, Respondent-Appellant, and Burke Homes, LLC, et al.,

Appellants-Respondents. [9 NYS3d 917]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.